UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 0 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br><br><br>Dwight William Mason RHONE,<br><br><br><br><br>    Defendant. | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, USC 111(a)(1) Assault on a Federal Officer<br><br>**18MJ1522** |

The undersigned complainant being, duly sworn, states:

On or about March 30, 2018, within the Southern District of California, defendant, Dwight William Mason RHONE, did knowingly and intentionally, willfully and forcibly assault, resist, oppose, impede and interfere with a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent J. Carreon, in that RHONE, in an attempt to resist arrest, assaulted Agent J. Carreon by striking his hands and forearms, while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
David R. Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 2nd DAY OF April, 2018.

_____
WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Dwight William Mason RHONE

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 30, 2018, United States Border Patrol Agents J. Corpuz and D. Johanson were conducting their assigned duties in the Campo Border Patrol Station's area of responsibility. Agents Corpuz and Johanson were wearing plain clothes and operating an unmarked Border Patrol vehicle equipped with fully functioning emergency lights and sirens.

At approximately 6:20 PM, Agents Corpuz and Johanson observed a black Ford Expedition driving west on Interstate 8. As the vehicle drove past their position, Agents Corpuz and Johanson recognized the driver as Dwight William Mason RHONE. RHONE has been previously apprehended for alien smuggling in the Campo Border Patrol Station's area of responsibility and is a known alien smuggler.

As Agents Corpuz and Johanson followed RHONE west on Interstate 8, they observed RHONE with his arm outside the driver's side window holding his middle finger up at them. At that moment, RHONE slammed on his brakes reducing to an unsafe speed of approximately five miles per hour. Agent Johanson also applied his vehicle's brakes in order to avoid rear ending RHONE's vehicle. RHONE then increased his speed to approximately 80 miles per hour. Agent Johanson attempted to drive alongside RHONE's vehicle to get a clear look inside. RHONE then swerved into the number two lane blocking the unmarked vehicle and causing Agent Johanson to swerve onto the shoulder. Agent Corpuz and Johanson were unable to pull alongside RHONE, causing agents to believe he was attempting to hide something from their view. Agent Johanson noticed movement in the rear seats of the vehicle through the rear window. Agent Corpuz requested a marked Border Patrol unit to conduct a vehicle stop. Border Patrol Agent J. Carreon responded to assist.

At approximately 6:30 PM, Agent Carreon positioned his vehicle behind RHONE's Expedition and once again, RHONE applied his brakes slowing down to an unsafe speed. Agent Carreon attempted a vehicle stop. RHONE continued to drive at very slow speeds of approximately 10 miles per hour and blocked agents from pulling alongside his vehicle. Border Patrol Agent G. Davis positioned his unmarked agency vehicle in front of RHONE's Expedition forcing it to come to a complete stop. The vehicle came to a stop in the number one lane on Interstate 8.

Agent Carreon, wearing his full Border Patrol issued rough duty uniform, exited his vehicle and approached the Expedition. Agent Carreon heard RHONE calling out to a dog that appeared to be a black pit bull and observed the dog jump over the driver and move towards the driver side window. Agent Carreon observed RHONE tell his dog to get back. Agent Davis approached

CONTINUATION OF COMPLAINT:
Dwight William Mason RHONE

RHONE and instructed him to get out of the vehicle and keep his hands up. RHONE yelled "Fuck you mother fuckers, I don't have to listen to you." Agent Carreon then instructed RHONE to get out and he said "Fuck you." After refusing to obeying agents' commands, Agent Carreon attempted to extract RHONE from the vehicle. RHONE shoved Agent Carreon and pulled away. RHONE struck Agent Carreon's hands as he attempted to grab his left forearm. RHONE was continuously yelling "Fuck you," "You are all fucking dirty," "You fucking assholes" and told one of the agents "Fuck you Indian, I don't have to listen to you guys." Agent Carreon secured RHONE's left arm and pulled him out of the vehicle. RHONE continued to strike Agent Carreon's forearms and hands. RHONE kept striking and pulling his arms back and would not comply with Agent Carreon's command to stop resisting. At approximately 6:39 PM, Agent Carreon placed Rhone under arrest. This location is approximately 15 miles north of the United States/Mexico International Boundary and approximately 20 miles east of the Tecate, California Port of Entry.

Executed on April 1, 2018 at 12:00 PM.

Michael T. Grant Jr.
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 30, 2018, in violation of 18 USC 111(a)(1).

WILLIAM V. GALLO
U.S. Magistrate Judge

14:08, Apr 1, 2018
Date/Time