

FILED
MAY 15 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR2143-VVG |
|---|---|
| Plaintiff, | <u>I N F O R M A T I O N</u><br>**(Superseding)** |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Misdemeanor) |
| DWIGHT WILLIAM MASON RHONE, | |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about March 30, 2018, within the Southern District of California, defendant DWIGHT WILLIAM MASON RHONE, knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent J.C., while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: 6/15/18 .

ADAM L. BRAVERMAN
United States Attorney

MARK C. PFIZENMAYER
Special Assistant U.S. Attorney

MCP:aag:5/4/2018